MARCH 16, 1945

**No. 50060.**—SUIT 4438.—

*Tonkin Distributing Co. et al.* v. *United States.* C. D. 727 modified January 4, 1945. C. A. D. 295.

BEFORE THE SECOND DIVISION, MARCH 21, 1945

**No. 50061.**—Protests 940912–G, etc., of A. D. Cohen Co., Inc. (New York).

Opinion by TILSON, J. The testimony established that certain items of the merchandise consist of hats similar to those involved in Abstract 47291, which record was admitted in evidence herein. In accordance therewith the items in question were held dutiable as claimed.

BEFORE THE THIRD DIVISION, MARCH 21, 1945

**No. 50062.**—Protests 990043–G, etc., of H. A. Gogarty, Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.